# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE ROJAS-MARCHAN,                              :
                                                 : CIVIL ACTION NO. 3:20-CV-2245
        Petitioner,                       : (JUDGE MARIANI)
                                                 : (Magistrate Judge Saporito)
        v.                                :
                                                 :
WARDEN OF CLINTON COUNTY                          :
CORRECTIONAL FACILITY, et al.,                   :
                                                 :
        Respondents.                      :

## ORDER

**AND NOW, THIS** _26th_ **DAY OF FEBRUARY 2021**, upon review of Magistrate

Judge Joseph F. Saporito's Report and Recommendation ("R&R") (Doc. 15) for clear error or

manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 15) is **ADOPTED** for the reasons set forth therein;

2. Petitioner's Habeas Petition for Release Under 28 U.S.C.A. § 2241 is **DENIED**

   **without prejudice** to the filing of a subsequent petition if Petitioner's detention

   extends beyond the 6-month presumptively reasonable period and there is no

   significant likelihood of removal in the reasonably foreseeable future;[1]

3. The Clerk of Court is directed to **CLOSE THIS CASE.**

                               Robert D. Mariani
                               United States District Judge

---

[1] *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).